General Complaint

**FILED**

OCT 14 2016

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Christopher L. Renfro

6:16CV1228 RWS/KNM

Case Number: 007-1925-06

List the full name of each plaintiff in this action.

VS.

D Matt Bingham
Peter Keim

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

① Employ Counsel
② Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas,
   P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

Greg Waldron - 110 W. Methvin St Longview 75601
Nancy Kumar - Smith County

C. Results of the conference with counsel:

~~Guilty~~ Dissatisfied

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ___Yes  ✓ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

   Plaintiff _____

   Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

   7th Judicial District County Smith Co. Texas

4. Docket number in other court. 007-1925-06

5. Name of judge to whom the case was assigned.
   Kerry Russell

6. Disposition: Was the case dismissed, appealed or still pending?
   Appealed

7. Approximate date of disposition. 6-18-07

III. Parties to this suit:

A. List the full name and address of each plaintiff:

Pla #1 Christopher-L. Renfro (Ferguson Unit) Midway Texas 75852-3654 12120 Savage Drive

Pla #2 _____

B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Matt Bingham, Attorney Smith County Courthouse 100 N. Broadway, 75702

Dft #2: Peter Keim, Attorney Smith County Courthouse 100 N. Broadway Ave. 75702

Dft #3 Kerry Russell, Judge Smith County Courthouse 7th district

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Jurisdiction

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Discharge case

Signed this __14th__ day of __October__, 20 __16__.
                                    (Month)           (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __Oct. 14, 2016__
              Date

Christopher -L: Renfro
1460317
Ferguson Unit

Signature of each plaintiff